AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| DEBORAH ELWOOD,<br>    Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>    Defendant. | **JUDGMENT**<br>**CASE NO. 5:12-CV-544-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 12, 2014,** WITH A COPY TO:

Charlotte Hall (via CM/ECF electronic notification)
Jamie D.C. Dixon (via CM/ECF electronic notification)

| | |
|---|---|
| February 12, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |